MINUTE ENTRY          3:25 p.m.

MOHAMMED SAYED, et al -vs- NATHANEAL BUSINESS MARKETING, et al

PRESENT:  Hon. Alex R. Munson, Chief Judge Presiding
    Sanae Shmull, Court Reporter
    K. Lynn Lemieux, Courtroom Deputy
    Joe Hill, Attorney for Plaintiff
    Loren Sutton, Attorney for Defendant Jung Duk Cho
    Cho Jung Duk, Defendant

PROCEEDINGS: MOTION FOR ORDER IN AID OF JUDGMENT

 Plaintiff Mohammed Sayed was present and represented in court by Attorney Joe Hill. Defendant was present and represented by Attorney Loren Sutton. Mr. Soon Youn Kwon was present as interpreter/translator of the Korean language.

 Defendant Ms. Cho, having been arrested on Court order, was brought to the Courtroom.

 Attorney Sutton reported to the Court that his client had just paid to the Plaintiff $6,000 in cash and has agreed to make a $400 monthly payment until the balance is paid.

 Court inquired whether this matter could be taken off calendar. Attorney Hill moved that it be taken off-calendar. Court so ordered.

 Court remanded Ms. Cho into the custody of the U.S. Marshal for processing only.


        Adjourned 3:30 p.m.

;
Applies to: DFT Cho, Jung Duk [TTP EOD 02/25/2005]