FILED
Clerk
District Court

MAY 31 2006

For The Northern Mariana Islands
By________
(Deputy Clerk)

**JOE HILL**
HILL LAW OFFICES
P.O. Box 500917
Saipan, MP 96950
Phone: (670) 234-6806/7743
FAX: (670) 234-7753

Attorney for Plaintiff

**IN THE UNITED STATES DISTRICT COURT
FOR THE
COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS**

**MOHAMMED SAYED,**

**Plaintiff,**

**vs.**

**NATHANAEL BUSINESS MARKETING CO., and SANG KUK KIM, in his individual capacity, SAIPAN LUCKY CORPORATION, and CHO, JUNG DUK, in his individual and official capacity,**

**Defendants.**

**Civil Action No. 04-0024**

**NOTICE/THIRD MOTION FOR ORDER IN AID OF JUDGMENT/DECLARATION OF JOE HILL/(PROPOSED) ORDER IN AID OF JUDGMENT**

Date: July 20, 2006
Time: 9:00 a.m.
Judge: Hon. Alex R. Munson

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that the undersigned will bring the attached motion for hearing before the United States District Court for the Northern Mariana Islands at the Horiguchi Building, Garapan Village, Island of Saipan, Commonwealth of the Northern Mariana Islands on July 20, 2006 at 9:00 a.m.

JOE HILL
Attorney at Law
Hill Law Offices ~ Susupe
P.O. Box 917 ~ Saipan MP 96950 ~ (670) 234-6806/7743 ~ FAX: 234-7753 ~ email: joe.hill@saipan.com

ORIGINAL

JOE HILL
Attorney at Law
Hill Law Offices ~ Susupe
P.O. Box 917 ~ Saipan MP 96950 ~ (670) 234-6806/7743 ~ FAX: 234-7753 ~ email: joe.hill@saipan.com

**MOTION**

NOW COMES Plaintiff Mohammed Sayed, by and through his attorney, Joe Hill, and hereby moves this Court for an Order in Aid of Judgment in that on November 4, 2004, the clerk of court entered default and default judgment, attached hereto as ***Exhibit "1"*** against Defendants Saipan Lucky Corporation and Cho, Jung Duk, ordering said defendants, jointly and severally, to pay Plaintiff the Judgment amounts as follows:

1. Unpaid overtime wages in the amount of $3,489.93;
2. Prejudgment interest in the sum of $331.64;
3. Liquidated damages in the sum of $3,489.93; and
4. Attorney's fees and costs in the sum of $6,035.50.

Plaintiff filed a Second Motion for Order in Aid of Judgment on January 07, 2005.

Defendants have and continue to fail to pay the Judgment.

Plaintiff, now moves for an Order in Aid of Judgment to examine Defendants Saipan Lucky Corporation and Cho, Jung Duk's ability to pay and to determine the fastest manner in which Defendants can pay the judgment amounts set forth in the Judgment dated November 04, 2004.

Dated this 31 day of May, 2006.

JOE HILL
Attorney for Plaintiff

COPY of
Original Filed
on this date

NOV - 4 2004

Clerk
District Court
For The Northern Mariana Islands

# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| **MOHAMMED SAYED,**<br><br>**Plaintiff,**<br><br>**vs.**<br><br>**NATHANAEL BUSINESS MARKETING CO., and SANG KUK KIM, in his individual and official capacity, SAIPAN LUCKY CORPORATION, and CHO, JUNG DUK, in his individual and official capacity,**<br><br>**Defendants.** | **Civil Action No. 04-0024**<br><br>**ORDER ON ENTRY OF DEFAULT AND DEFAULT JUDGMENT** |

After considering Plaintiff Mohammed Sayed's request for entry of default and for default judgment against Defendant Saipan Lucky Corporation and Cho, Jung Duk the affidavits, and other evidence on file, the record supports entry of default and default judgment. Therefore, the default and default judgment is entered against Defendants Saipan Lucky Corporation and Cho, Jung Duk, jointly and severally. Defendants shall pay to Plaintiff Mohammed Sayed the following:



1. Unpaid overtime wages in the amount of $3,489.93;
2. Prejudgment interest in the sum of $ 331.64;
3. Liquidated damages in the sum of $ 3,489.93; and
4. Reasonable attorney's fees and costs in the sum of $ 6,035.50.

ENTERED this 4th day of November 2004.

Galo L. Perez
Clerk