1  **JOE HILL**
   HILL LAW OFFICES
2  P.O. Box 917
   Saipan, MP 96950
3  Phone: 670/ 234-6806/7743
4  FAX: 670/ 234-7753

5  Attorney for Plaintiff
6  Mohammed Sayed

F I L E D
Clerk
District Court

**MAY 3 1 2006**

For The Northern Mariana Islands
By_____
          (Deputy Clerk)

*JOE HILL*
*Attorney at Law*
*Hill Law Offices ~ Susupe*
*P.O. Box 500917 ~ Saipan MP 96950 ~ (670) 234-6806/7743 ~ FAX: 234-7753*

7

8  **IN THE UNITED STATES DISTRICT COURT**
   **FOR THE**
9  **NORTHERN MARIANA ISLANDS**

10 **MOHAMMED SAYED,**                    **Civil Action No. 04-0024**

11                    **Plaintiff,**

12          **vs.**                        **DECLARATION OF JOE HILL**
                                           **IN SUPPORT OF THIRD**
13 **NATHANAEL BUSINESS**                 **MOTION FOR ORDER IN AID**
   **MARKETING CO., and**                 **OF JUDGMENT**
14 **SANG KUK KIM, in his**
   **individual and official**
15 **capacity, SAIPAN LUCKY**
   **CORPORATION, and CHO,**              Date:  July 20, 2006
16 **JUNG DUK, in his individual**        Time:  9:00 a.m.
17 **and official capacity,**             Judge: Hon. Alex R. Munson

18

19                    **Defendants.**

20

21     I, **JOE HILL**, hereby declare as follows:

22          1.    That I am over the age of eighteen (18) years, have personal

23 knowledge of the facts set forth herein and am competent to testify as to these

**ORIGINAL**

1  facts if called as a witness in a court of law, and if called would testify as stated

2  herein.

3        2.    That on November 04, 2004, the clerk of court entered

4  default and default judgment against Defendants Saipan Lucky Coporation and

5  Cho, Jung Duk, ordering said defendants, jointly an severally, to pay Plaintiff

6

7  the following:

8        a.    Unpaid overtime wages in the amount of $3,489.93;

9        b.    Prejudgment interest in the sum of $331.64;

10       c.    Liquidated damages in the sum of $3,489.93; and

11       d.    Attorney's fees and costs in the sum of $6,035.50.

12       3.    That the judgment in this matter remains unsatisfied to date.

13       4.    That this is the Third Order in Aid of Judgment requested

14  by Plaintiff in this matter.

15  I declare under penalty of perjury that the foregoing is true and

16

17  correct and that this declaration was executed on this _3/_ day of May,

18  2006 in Susupe, Saipan, Commonwealth of the Northern Mariana Islands.

19

20                                          JOE HILL
21                                          Declarant

22

23