F I L E D
Clerk
District Court

MAY 3 1 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| MOHAMMED SAYED,<br><br>Plaintiff,<br><br>vs.<br><br>NATHANAEL BUSINESS MARKETING CO., and SANG KUK KIM, in his individual and official capacity, SAIPAN LUCKY CORPORATION, and CHO, JUNG DUK, in his individual and official capacity,<br><br>Defendants. | Civil Action No. 04-0024<br><br>*GKM*<br>~~(PROPOSED)~~ ORDER |

GOOD CAUSE APPEARING and based on Plaintiff's Third Motion for an Order In Aid of Judgment,

IT IS HEREBY ORDERED that Defendants Saipan Lucky Corporation and Cho, Jung Duk shall appear before this Court on July 20, 2006 at 9:00 a.m. for the purpose of determining their ability to pay the judgment entered in this action by the clerk of court on November 04, 2004 and to determine the fastest manner in which they can pay the judgment, and for the purpose of determining what further action shall be necessary to assure compliance with the judgment. FAILURE TO APPEAR MAY RESULT IN THE ISSUANCE OF A WARRANT FOR YOUR ARREST.

Defendants Saipan Lucky Corporation and Cho, Jung Duk are further ordered to bring with them financial statements, bank statements, records, writings,

1 | instruments, receipts, lists of real and personal property, and other documents that
2 | may be necessary or relevant in determining their ability to pay and the manner in
3 | which judgment can be paid.

4     Dated this 31st day of MAY, 2006.

*/s/ Alex R. Munson*
Alex R. Munson
Chief Judge, U.S. District Court, NMI

RECEIVED
MAY 31 2006
Clerk
District Court
The Northern Mariana Islands