F I L E D
Clerk
District Court

JUN 1 5 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

JOE HILL, Esq.
HILL LAW OFFICES
P. O. Box 500917
Saipan, MP 96950
Phone: (670) 234-6806/7743
Fax: (670) 234-7753

Attorney for Plaintiff

## UNITED STATES DISTRICT COURT FOR THE

## NORTHERN MARIANA ISLANDS

| | |
|---|---|
| MOHAMMED SAYED,<br><br>Plaintiff,<br><br>versus<br><br>NATHANAEL BUSINESS MARKETING CO., and SANG KUK KIM, in his individual and official capacity, SAIPAN LUCKY CORPORATION, and CHO JUNG DUK, in his individual and official capacity,<br><br>Defendants. | CIVIL ACTION NO. 04-0024<br><br>CERTIFICATE OF SERVICE |

    I, **ALMA H. NG**, hereby certify that I am an adult person, and that I served a true and correct copy of documents entitled, Notice/Third Motion For Order in Aid of Judgment, Declaration of Joe Hill In Support of Third Motion for Order in Aid of Judgment, and Order dated May 31, 2006 in Civil Case No. 04-0024 on Cho Jung Duk and Saipan Lucky Corporation by giving copies of the above documents to Attorney Loren Sutton at his office in Summer Holiday Hotel Building, Garapan, Saipan on the 13th day of June, 2006.

    I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on this 13th day of June, 2006 at Saipan, CM.

/s/ Alma
ALMA H. NG
Affiant